# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| DANIEL J. AUDETT, | ) | CASE NO.: C07-1905-JCC |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DENYING PETITIONER'S |
| | ) | HABEAS PETITION WITHOUT |
| ROBIN WILLIAMS, Sec. Dept. of Social and Health Services, | ) | PREJUDICE |
| | ) | |
| Respondent. | ) | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer thereto, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's habeas petition and this action are DISMISSED, without prejudice; and,

(3) The Clerk is directed to send copies of this Order to petitioner and to Judge Theiler.

DATED this 18th day of March, 2008.

John C. Coughenour
United States District Judge